UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KARA SASSER                                                                                           PLAINTIFF

v.                                                              CIVIL ACTION NO. 2:14cv193-DPJ-FKB

JIMMY DALE LEE                                                                                   DEFENDANT

ORDER TO SHOW CAUSE

This matter is before the Court for consideration of Defendant Jimmy Dale Lee's Motion to Dismiss for Lack of Subject Matter Jurisdiction [13], filed May 12, 2015.  To date, Plaintiff has neither responded nor requested additional time in which to respond.

Therefore, the Court orders that by June 15, 2015, Plaintiff shall either respond to the motion or advise the Court that she intends to confess the motion.  Failure to timely respond to this Order may result in an order granting the motion.[1]

**SO ORDERED AND ADJUDGED** this the 8th day of June, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

---

[1] The Court recognizes that Plaintiff has a pending Motion to Amend [8] in this matter.  However, because the proposed amended complaint does not resolve the jurisdictional issues raised in the motion to dismiss, the Court concludes that briefing on the motion to dismiss must be completed before considering the merits of the motion to amend.  *Cf. Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998) ("'Without jurisdiction the court cannot proceed at all in any cause.'").